**EZ GARD INDUSTRIES, INC.,**
**Plaintiff–Appellee,**

v.

**XO ATHLETIC CO., Defendant–**
**Appellant.**

and

**Paul J. Andre, Defendant.**

No. 2008–1384.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2008.

William L. Roberts, Faegre & Benson LLP, of Minneapolis, MN, argued for plaintiff-appellee. With him on the brief were Kevin P. Wagner and Timothy E. Grimsrud.

Stephen M. Chin, von Simson & Chin LLP, of New York, NY, argued for defendant-appellant.

NEWMAN, LINN, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.